The Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELINDA DE LA TORRE,

        Plaintiff,

v.

CITY OF RENTON, a municipal corporation in the State of WA; et. al,

        Defendants.

No. 2:14-cv-01779 BJR

NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

Pursuant to CR 39.1(c)(6) notice is hereby given that on March 14, 2016 the parties participated in a mediation. The case is now resolved.

Dated: 3/14/2016

*Margo T. Keller, Mediator*

Washington Arbitration & Mediation Service
600 University Street, Suite 900
Seattle, WA 98101
206-467-0793

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION

\\SFC3\DATA\FORMS\JGC\MEDS\39.1 MEDIATOR'S REPORT.DOC